# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CARLOTA MOORE,<br><br>        Plaintiff,<br><br>vs.<br><br>ASSOCIATED SUPPLY COMPANY,<br><br>        Defendant. | Case No. 2:17-cv-02297-RFB-GWF<br><br>**ORDER** |

This matter is before the Court on the parties Amended Joint Proposed Discovery Plan and Scheduling Order (ECF No. 15), filed on November 9, 2017.

On November 1, 2017, the parties filed a joint proposed discovery plan and scheduling order submitted in compliance with Local Rule 26-1. ECF No. 12. On November 2, 2017, the Court granted the parties joint proposed discovery plan and scheduling order. ECF No. 13. On November 9, 2017, the parties filed an amended joint proposed discovery plan and scheduling order. The amended discovery plan and scheduling order contains inconsistent dates and it does not comply with Local Rule 26-1. The Court, therefore, denies the amended discovery plan and scheduling order without prejudice. Accordingly,

**IT IS HEREBY ORDERED** that the parties Amended Joint Proposed Discovery Plan and Scheduling Order (ECF No. 15) is **denied**, without prejudice.

DATED this 17th day of November, 2017.

                                                                                   GEORGE FOLEY, JR.
                                                                                    United States Magistrate Judge