AARON B. SHUMWAY, ESQ. SBN 10759
NEWMEYER & DILLION LLP
3800 Howard Hughes Pkwy, Suite 700
Las Vegas, Nevada 89169
Telephone: (702) 777-7500
Facsimile: (702) 777-7599
Aaron.Shumway@ndlf.com

Attorneys for Defendant
ASSOCIATED SUPPLY COMPANY

UNITED STATE DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CARLOTA MOORE, individually,<br><br>Plaintiff,<br><br>vs.<br><br>ASSOCIATED SUPPLY COMPANY, a domestic corporation; DOES I-X; and ROE BUSINESS ENTITIES I-X, inclusive,<br><br>Defendants. | CASE NO.: 2:17-cv-02297-RFB-GWF<br><br>**ORDER FOR DISMISSAL OF PLAINTIFF'S COMPLAINT WITH PREJUDICE** |

Pursuant to Stipulation signed by the parties hereto, the Court hereby Orders that Plaintiff CARLOTA MOORE'S Complaint against Defendant, ASSOCIATED SUPPLY COMPANY, is dismissed with prejudice, each party to bear its own fees and costs.

Dated: January 3, 2018

_____
HON. RICHARD F. BOULWARE

7293433.1